AO 245B (Rev. 11/25)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RONNIE J. MCARTHUR | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  4:26-mj-13<br><br>USM Number:<br><br>JESSICA M. LEE<br><u>Defendant's Attorney</u> |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 641 | SHOPLIFTING | 1/31/2026 | 1 |

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   1 _____   ☑ is   ☐ are dismissed on the motion of the United States.

　　　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/27/2026
Date of Imposition of Judgment

*s/ Amelia G. Helmick*
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

7/27/2026
Date